ANDREW NEDZA, PROSECUTOR, v. NEW JERSEY DEPART-
MENT OF LABOR ET AL., RESPONDENTS.

Submitted May term, 1926—Decided October 7, 1926.

On application for a writ of *certiorari*.

Before Justices PARKER, BLACK and CAMPBELL.

For the prosecutor, *McCarter & English*.

For the respondents, *Grosso, Brundage & Anderson*.

PER CURIAM.

This was an application for a *certiorari* to review an order dismissing an application to re-open an award by the deputy commissioner of the workmen's compensation bureau dated December 18th, 1925.

The writ was refused by Mr. Justice Kalisch, and rightfully, as we think. The writ is therefore refused.